UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON KORMAN, | : | CIVIL NO.: 3:21-CV-01516 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA STATE POLICE | : | |
| HONESDALE BARRACKS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**
April 22, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 5*) for a more definite statement is **GRANTED** and on or before **May 23, 2022**, Korman shall filed an amended complaint that sets forth a more definite statement of her claim or claims.  **IT IS FURTHER ORDERED** that Korman's motion (*doc. 10*) to change compensatory and punitive damages is **GRANTED** to the extent that Korman shall file an amended complaint as set forth above.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge