# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON KORMAN, | : | CIVIL NO: 3:21-CV-01516 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| PENNSYLVANIA STATE POLICE HONSEDALE BARRACKS, *et al.*, | : | |
| Defendants. | : | |

## ORDER
### February 24, 2023

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 27*) to dismiss the amended complaint is **GRANTED IN PART AND DENIED IN PART**. The claims against the Pennsylvania State Police Honesdale Barracks and the claims against Trooper Scochin in his official capacity are dismissed for lack of subject-matter jurisdiction. The claims against Trooper Scochin in his individual capacity under the Fifth, Sixth, Eighth, and Ninth Amendment claims are also dismissed. The motion is otherwise denied.

**IT IS FURTHER ORDERED** that Korman may filed a second amended complaint within 28 days of the date of this Order. If Korman does not file a second amended complaint, the case will go forward only as to her First

Amendment retaliatory prosecution claim against Trooper Scochin in his individual capacity as well as the state law claims against Trooper Scochin.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge