UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON KORMAN, | : | CIVIL NO: 3:21-CV-01516 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| TROOPER NICHOLAS SCOCHIN, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER
January 13, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Korman's claims against the defendants in their official capacities are **DISSMISSED** without prejudice because they are barred by the Eleventh Amendment.

**IT IS FURTHER ORDERED** that the defendants' motion for summary judgment (*doc. 112*) is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) the motion is **GRANTED** as to all of Korman's claims against defendant Rickard, but the Clerk of Court shall defer entry of judgment in favor of defendant Rickard until the conclusion of the entire case;

(2) the motion is **GRANTED** as to all of Korman's state-law claims against defendant Scochin, as to her substantive due process claims against defendant

Scochin, as to her Fourth Amendment malicious prosecution claims against defendant Scochin, and as to her Fourth Amendment claim based on his failing to tell her that her registration was expired against defendant Scochin, but the Clerk of Court shall defer entry of judgment in favor of defendant Scochin as to these claims until the conclusion of the entire case;

(3) the motion is **DENIED** as to the following claims against defendant Scochin: Korman's First Amendment claim, her Fourth Amendment claim based on the traffic stop, her Fourteenth Amendment stigma-plus due process claim, and her Fourteenth Amendment due process claim based on fabricated evidence.

**IT IS ALSO ORDERED** that defendant Scochin is granted leave to file another motion for summary judgment as to the remaining claims. Any such motion shall be filed on or before **January 30, 2026**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge